NEW HAVEN INVESTMENTS, INC. *v.*
ERNEST OXFORD ET AL.
(10411)

DALY, O'CONNELL and FOTI, Js.

Argued December 2—decision released December 17, 1991

*James J. Nugent,* for the appellant (defendant Vanessa McCray).

*William F. Gallagher,* with whom, on the brief, were *Wilbur J. Land* and *Cynthia C. Bott,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.